

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00337-CR

Luis **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 628896
Honorable Timothy Johnson, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: November 9, 2022

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On October 27, 2022, appellant filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney in accordance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). After consideration, we grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do Not Publish